**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**ARRAIGNMENT MINUTES**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES - CRIMINAL |
|  | BEFORE DAVID T. SCHULTZ |
| Plaintiff, | U.S. MAGISTRATE JUDGE |

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Kyle Wagner (7),

        Defendant.

COURT MINUTES - CRIMINAL
BEFORE DAVID T. SCHULTZ
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 26-cr-115 (KMM/DTS) |
| Date: | July 27, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | Courtroom 9W |
| Court Reporter: | Paula Richter |
| Time Commenced: | 10:00 A.M. |
| Time Concluded: | 10:10 A.M. |
| Time in Court: | 10 Minutes |

APPEARANCES:

    Plaintiff:    Michael Blackburn, Assistant U.S. Attorney
    Defendant:  Lisa Lopez, Public Defender

X Reading of Indictment Waived

X Not Guilty Plea Entered

                        /s ALS
                        Law Clerk